# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREANO S. REYES,<br><br>       Plaintiff,<br><br>  v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>       Defendant. | Civil No. 06cv0875 J (LSP)<br><br>**ORDER:**<br>**1) GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS*; **AND**<br><br>**2) DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Before the Court is the Motion to Proceed *in Forma Pauperis* pursuant to 28 U.S.C. § 1915 of Plaintiff Laureano Reyes.  [Doc. No. 6.]  Plaintiff filed a Complaint against Defendant Harrah's Entertainment, Inc. under the Americans with Disabilities Act . [Doc. No. 1.]

A court may authorize the commencement of a civil suit without prepayment of fees if a plaintiff submits an affidavit, including a statement of all of its assets, demonstrating its inability to pay court fees. *See* 28 U.S.C. § 1915(a) (1996).  Plaintiff has submitted an affidavit that sufficiently shows that he lacks the financial resources to pay filing fees.  *See id.*  Accordingly, the Court **HEREBY GRANTS** Plaintiff's Motion to Proceed *in Forma Pauperis*.

*Conclusion and Order*

Plaintiff's Application to Proceed *in Forma Pauperis* is **GRANTED**.  Accordingly, is it **ORDERED** that:

**1)** the U.S. Marshal serve a copy of the Summons, Complaint, and Order Granting Leave to Proceed *in Forma Pauperis* upon the Defendant as directed by Plaintiff on U.S. Marshal Form 285.  All costs of service shall be advanced by the United States;

**2)** Defendant reply to the Complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure; and

**3)** Plaintiff serve upon Defendant or, if an appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or document submitted for consideration by the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant, or counsel for Defendant, and the date of service. Any paper received by a district judge or a magistrate judge that has not been filed with the Clerk of Court or that fails to include a certificate of service will be disregarded by the Court.

**IT IS SO ORDERED.**

DATED:  May 9, 2008

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc:  Magistrate Judge Papas
       All Parties

06cv0875 J (LSP)